47 So.2d 919

**Walter W. BROWN v. STATE.**
**1 Div. 586.**

Court of Appeals of Alabama.
July 11, 1950.

Appeal from Circuit Court, Mobile County; D. H. Edington, Judge.

662

Rape.

D. R. Coley, Jr., of Mobile, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.